[No. 3684–7–III.  Division Three.  February 17, 1981.]

### B & P LUMBER COMPANY, *Appellant,* v. HERN LUMBER AND SAWMILLS COMPANY, INC., *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 248894, George T. Shields, J., entered November 9, 1979. *Affirmed as modified* by unpublished opinion per Roe, J., concurred in by McInturff, C.J., and Munson, J.

[Nos.  3778–9–III; 3779–7–III;   Division Three.    February 17, 1981.]
      3780–1–III.

### *In the Matter of the Dependency of* JASON MASON, ET AL.

Appeal from judgments of the Superior Court for Stevens County, Nos. 1138, 1142, 1177, Sidney R. Buckley, J., entered January 8, 1980. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Munson and Roe, JJ.

[No. 3703–II.  Division Two.  February 19, 1981.]

### THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent,* v. CONSTRUCTION SERVICE COMPANY, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pierce County, No. 256285, Waldo F. Stone, J., entered September 15, 1978. *Affirmed* by unpublished per curiam opinion.